**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re ) | |
| ) | |
| CBB ACQUISITION COMPANY LLC, ) | Case No.: 3:20-bk-01951 |
| doing business as BuildersBlinds,[1] | |
| ) | Chapter 11 |
| Debtor. | |
| ) | |

**CASE MANAGEMENT SUMMARY**

Pursuant to Rule 2081-1(A)(3), Local Rules, United States Bankruptcy Court, Middle District of Florida, debtor, CBB Acquisition Company, LLC, a Delaware limited liability company, doing business as BuildersBlinds ("BuildersBlinds"), submits this Case Management Summary.

**I.      Overview and Events Leading to Chapter 11 Case.**

BuildersBlinds is a national distributor of high quality window coverings and installation services headquartered in Jacksonville, Florida. The company sells exclusively to large-volume builders and operates from three locations in Florida (Jacksonville, Orlando and Tampa), two in Texas (Austin and Dallas/Ft. Worth), one in South Carolina (Myrtle Beach), one in Tennessee (Nashville), and one in North Carolina (Raleigh/Durham). Its clients include many of the most recognized homebuilders in the

---

[1] Debtor's principal address is 1525B The Greens Way, Jacksonville Beach, Florida 32250. The Federal Employer Identification Number of the Debtor is 94-3481335.

country, including Providence Homes, Heritage, Pulte Homes, Ole' South and Park Square.

In 2018, the company lost its supply arrangement with Lennar and with it, nearly 50% of its revenues. As a consequence, revenues fell from approximately $12.2 million in 2018 to just under $6 million in 2019. Overhead did not fall as rapidly, and the company has struggled with a debt heavy balance sheet ever since.

This Chapter 11 was deemed necessary to facilitate an orderly reorganization of the company.

## II.    Corporate Structure

DCI Investment Partners, LLC is the 100% owner of the Company.

## III.   Officers and Directors.

Randy M. Levinson is the Manager of the Company. He has held that position since 2009.

## IV.    Financial Summaries.

|  | **2018** | **2019** |
|---|---|---|
| Total Revenues | $12,179,988 | $5,998,293 |

**V.     Amounts Owed to Various Classes of Creditors.**[2]

    **A.     Secured Claims**

BuildersBlinds is indebted to Rosenthal & Rosenthal, Inc. ("Rosenthal") in the approximate amount of $4,767,291. The indebtedness to Rosenthal is secured by a blanket lien on all or a majority of the Debtor's assets, including accounts receivable. Rosenthal presently holds $749,999 in a cash collateral account posted by the guarantors of Rosenthal's loans to the Debtor. Those sums may have been applied to the loan balance.

    **B.     Priority Claims**

BuildersBlinds was current on its payroll tax liabilities as of the Petition Date. BuildersBlinds owes approximately $195,715 to various taxing and licensing authorities for sales and use taxes, which appear to be entitled to priority treatment under § 507(a)(8) of the Bankruptcy Code. BuildersBlinds is not aware of any other potential priority claims.

    **C.     Unsecured Claims**

Unsecured claims against the estate total over $2,868,341, including unpaid rent obligations, but not including insider loans. Insider loans total approximately $5,967,808. Contingent loans included within the foregoing figures total approximately $438,200.

---

[2] Nothing contained herein is intended or should be construed as an admission as to the validity of any claims against the Debtor, and the Debtor reserves the right to contest any debt or claim listed.

    **D.**    **Executory Contracts and Unexpired Leases**

All eight of the debtor's warehouses and distribution facilities are leased.

**VI.**    **Employee Matters**

BuildersBlinds employs approximately 28 full and part-time employees, with payroll obligations of approximately $26,833.65 per week. The Debtor is current in its payment of wages to its employees as of the Petition Date.

**VII.**    **Anticipated Relief Needed in First 14 Days**

The Debtor anticipates filing the following motions in the two weeks of this Chapter 11 case:

1. Emergency Motion for Authority to Utilize Cash Collateral;
2. Emergency Motion to Pay Prepetition Wages, Payroll Taxes and Benefits to Non-Officer Employees; and
3. Application to Retain Thames Markey & Heekin, P.A. as Debtor's Counsel.

                                                    **THAMES MARKEY & HEEKIN, P.A.**

                                                    */s/ Richard R. Thames*
By_____
                        Richard R. Thames

                        Florida Bar Number 0718459
50 North Laura Street, Suite 1600
Jacksonville, Florida 32202
(904) 358-4000
(904) 358-4001 (Facsimile)
rrt@tmhlaw.net

Attorneys for the Debtor

-5-

## Certificate of Service

I hereby certify that on June 24, 2020, the foregoing was uploaded to the Court's CM/ECF System which will furnished an electronic copy of the foregoing to all parties who have consented to receive notices in this case.

*/s/ Richard R. Thames*

_____

Attorney

12